

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00618-CV

Denise **CORKILL,**
Appellant

v.

Diane **GUEVARA** and Alyssa Guevara,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-17-140
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by December 13, 2018. Neither the brief nor a motion for extension of time was filed. On December 19, 2018, this court ordered appellant to file within fifteen days her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a). On January 3, 2019, appellant filed her brief, as well as a response and motion requesting leave to late file the brief. We GRANT appellant's motion for leave and accept the brief filed on January 3, 2019.

Appellee's brief is due February 4, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court